741 A.2d 93

AMERICAN TRUCKING ASSOCIATIONS, ETC., ET AL., PLAINTIFFS, v. STATE OF NEW JERSEY, DEFENDANT–MOVANT.

September 22, 1999.

Leave to appeal is granted.